UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DAVID HIXSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:12-cv-105 |
| | ) | *Collier / Lee* |
| JP MORGAN CHASE BANK, | ) | |
| N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court are Plaintiffs' first and second motions to continue the hearing set to consider the unopposed motions to withdraw filed by Plaintiffs' counsel, W. Gary Blackburn and Darren W. Kennedy [Docs. 38 and 39]. Attorney Kennedy represents in his motions that he has contacted counsel for all parties and the Plaintiffs and there is no objection by anyone to rescheduling the hearing on the motions to withdraw filed by Attorneys Kennedy and Blackburn.

It appears to the Court that Attorney Kennedy's first motion is moot and therefore it shall be **STRICKEN as MOOT** [Doc. 38]. The second motion to continue [Doc. 39] is hereby **GRANTED**. It is therefore **ORDERED** that a hearing on the motions to withdraw shall be held **at 2:00 p.m. [EASTERN] on Friday, September 27, 2013** before Magistrate Judge Susan K. Lee in Chattanooga, Tennessee at the United States Courthouse and Federal Building, 900 Georgia Avenue, 4th Floor Courtroom.

**It is ORDERED that both Plaintiffs SHALL attend the hearing in person unless substitute counsel has entered an appearance prior to the hearing.** Counsel for Plaintiffs and Defendants may elect to participate in the motion hearing by phone by notifying opposing counsel

and the Court of said election. If electing to proceed by telephone, counsel will be contacted by chambers' staff via e-mail with the call-in number and the necessary codes for participating by telephone. The Court notes that Attorney James Haltom, counsel for Defendant Green Point Mortgage Funding, Inc., has filed his client's notice of no opposition to Attorneys Kennedy and Blackburn's motions to withdraw and Attorney Haltom requests to participate by phone in the hearing on said motions [Doc. 37] and permission is hereby given.

The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiffs at the address provided by Attorneys Blackburn and Kennedy in their respective motions to withdraw [Docs. 32 and 33]. Attorneys Blackburn and Kennedy are further **ORDERED** to provide a copy of this Order to Plaintiffs and to fully comply with the applicable local rules regrading a motion to withdraw.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE